1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,<br><br>          Defendants. | Case No. 1:13-cv-00418-LJO-SKO<br><br>**STIPULATION AND  ORDER RE: EXTENSION OF TIME FOR NAMING DOE DEFENDANTS** |

All parties to this lawsuit, by and through their respective attorneys, stipulate that Plaintiffs shall have until December 20, 2013 to amend their Complaint for the purpose of naming Doe Defendants only.  This stipulation extends the current deadline of October 31, 2013.  Other than for the purposes of naming Doe Defendants, nothing in this Stipulation, nor any associated Order,

shall be construed so as to modify or otherwise extend the deadline for amendment of pleadings in any other regard beyond the current October 31, 2013 deadline.


Dated:  October 15, 2013                     **HADDAD & SHERWIN**

                                                 /s/ Michael J. Haddad
                                             _____
                                             MICHAEL J. HADDAD
                                             Attorneys for Plaintiffs


Dated:   October 15, 2013                    **MANNING & KASS,**
                                             **ELLROD, RAMIREZ, TRESTER, LLP**

                                                /s/ Tony M. Sain
                                             _____
                                             MILDRED K. O'LINN

                                             TONY M. SAIN
                                             Attorneys for Defendants


*Mr. Sain provided his consent that this document be electronically filed.


### <u>ORDER</u>

     Pursuant to the parties' stipulation, the Court orders that Plaintiffs shall have until December 20, 2013, to amend their Complaint for the purpose of naming Doe Defendants only. Other than for the purposes of naming Doe Defendants, nothing in this Order shall be construed to modify or otherwise extend the deadline for amendment of pleadings in any other regard beyond the current October 31, 2013, deadline.


IT IS SO ORDERED.

     Dated:  __**October 16, 2013**__            _____**/s/ Sheila K. Oberto**__
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28