UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 1:13-cv-00418-LJO-SKO<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR NAMING DOE DEFENDANTS** |

All parties to this lawsuit, by and through their respective attorneys, stipulate that Plaintiffs shall have until December 20, 2013 to amend their Complaint for the purpose of naming Doe Defendants only. This stipulation extends the current deadline of October 31, 2013. Other than for the purposes of naming Doe Defendants, nothing in this Stipulation, nor any associated Order,

shall be construed so as to modify or otherwise extend the deadline for amendment of pleadings in any other regard beyond the current October 31, 2013 deadline.

Dated: October 15, 2013          **HADDAD & SHERWIN**

                                  /s/ Michael J. Haddad
                                 ───────────────────────────
                                 MICHAEL J. HADDAD
                                 Attorneys for Plaintiffs

Dated: October 15, 2013          **MANNING & KASS,**
                                 **ELLROD, RAMIREZ, TRESTER, LLP**

                                  /s/ Tony M. Sain
                                 ───────────────────────────
                                 MILDRED K. O'LINN
                                 TONY M. SAIN
                                 Attorneys for Defendants

*Mr. Sain provided his consent that this document be electronically filed.

## **ORDER**

Pursuant to the parties' stipulation, the Court orders that Plaintiffs shall have until December 20, 2013, to amend their Complaint for the purpose of naming Doe Defendants only. Other than for the purposes of naming Doe Defendants, nothing in this Order shall be construed to modify or otherwise extend the deadline for amendment of pleadings in any other regard beyond the current October 31, 2013, deadline.

IT IS SO ORDERED.

Dated:   **October 16, 2013**              /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 1:13-cv-00418-LJO-SKO:   STIPULATION AND ORDER RE: EXTENSION OF TIME FOR   3
NAMING DOE DEFENDANTS