MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
JAIME REYES, JR., MIRELLA REYES and
JAIME REYES, SR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES JR. Deceased, THROUGH HIS SUCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. 1:13-CV-00418-LJO-SKO<br><br>**ORDER RE: PLAINTIFFS' FILING OF FIRST AMENDED COMPLAINT, FRCivP 15(a)(2)** |

1 | Pursuant to the parties' Stipulation (Doc. 32), the Court hereby orders that Plaintiffs may file a First Amended Complaint (attached as an exhibit to the Stipulation of the Parties for Plaintiffs to File First Amended Complaint (Doc. 32, Exh. A)), which includes the substitution of the following parties in place of previously named Doe Defendants: Juan Avila (for Doe Defendant 1) and Miguel Alvarez (for Doe Defendant 2), as well as substantive amendments of Plaintiffs' claims – regarding which the parties have conferred and which Defendants have advised Plaintiffs that Defendants do not object under Fed. R. Civ. P. 12.  Nothing in this Order shall be construed as a stipulation by any of the Defendants that any or all of the allegations of the amended complaint are true or as any admission of liability by any of the Defendants.

Plaintiffs shall file the First Amended Complaint as a separate entry on the docket within three (3) days of the date of this order.

IT IS SO ORDERED.

Dated:   **November 1, 2013**                     **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE