MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California  94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
JAIME REYES, JR., MIRELLA REYES and
JAIME REYES, SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR. Deceased, THROUGH HIS SUCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>           Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>           Defendants. | Case No. 1:13-CV-00418-LJO-SKO<br><br>**STIPULATION AND ORDER TO AMEND CASE MANAGEMENT ORDER** |

Case No. 1:13-CV-00418-LJO-SKO- STIPULATION AND (PROPOSED) ORDER TO AMEND CASE     1
MANAGEMENT ORDER

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, THAT the case management order be amended as follows:

This is a complex wrongful-death civil rights case with 4 named Defendants and 8 remaining Doe Defendants.  The parties have exchanged initial disclosures, exchanged some written discovery and produced some documents and records.  The parties have met and conferred, and will continue to do so, regarding additional document production.  The parties are in the process of scheduling the depositions of the two named individual Defendants, as well as of Plaintiffs and multiple witnesses for dates beginning in late-January.

Plaintiffs served their request for production of documents on Defendants on June 7, 2013.  The parties have met and conferred extensively regarding document production and have agreed on a production date of January 10, 2014.

Due to the need for additional time for document production, as well as the number of Defendants and witnesses who must still be deposed, the parties anticipate that discovery will not be complete by the current deadline of February 14, 2014.  The parties, therefore, stipulate to continue the deadlines for the completion of fact discovery and expert disclosures from February 14, 2014 to March 14, 2014.  This is the first request for extension of such deadlines.

Therefore, the parties respectfully request that this Court continue the current deadlines in this matter as follows:

| Deadline Description | Current Deadline/Date | Proposed Modified Deadline/Date |
|---|---|---|
| Completion of Non-Expert Discovery | February 14, 2014 | March 14, 2014 |
| Disclosure of Expert Witnesses' Identities and Reports | February 14, 2014 | March 14, 2014 |

| | | |
|---|---|---|
| Disclosure of Rebuttal Expert Witnesses | February 28, 2014 | March 28, 2014 |
| Dispositive Motion Hearing Deadline | July 9, 2014 | No change |
| Settlement Conference | April 3, 2014, 10:00 a.m. | No change |
| Completion of Expert Discovery | April 18, 2014 | No change |
| Pretrial Conference | August 20, 2014 | No change |
| Trial | October 7, 2014 | No change |

Additionally, due to the aforementioned circumstances, the parties also stipulate that Plaintiffs shall have until February 17, 2014 to amend their Complaint for the purpose of naming Doe Defendants only.  This stipulation extends the current deadline of December 20, 2013.  Other than for the purposes of naming Doe Defendants, nothing in this Stipulation, nor any associated Order, shall be construed so as to modify or otherwise extend the deadline for amendment of pleadings in any other regard beyond the previous October 31, 2013 deadline.


SO STIPULATED:


DATED:  December 16, 2013                     HADDAD & SHERWIN

                                              /s/ Michael J. Haddad*

                                              MICHAEL J. HADDAD
                                              Attorneys for Plaintiffs JAIME REYES, JR.,
                                              MIRELLA REYES and JAIME REYES, SR.

//

//

//

//

//

Case No. 1:13-CV-00418-LJO-SKO- STIPULATION AND (PROPOSED) ORDER TO AMEND CASE MANAGEMENT ORDER                    3

1 | Dated:   December 17, 2013

**MANNING & KASS,
ELLROD, RAMIREZ, TRESTER, LLP**

 /s/ Tony M. Sain*
———————————————
MILDRED K. O'LINN

TONY M. SAIN
Attorneys for Defendants

*Mr. Haddad Mr. Sain provided their consent that this document be electronically filed.

**ORDER**

Pursuant to stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated:   **December 18, 2013**                    **/s/ Sheila K. Oberto**
                                                              UNITED STATES MAGISTRATE JUDGE