UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES JR. Deceased, THROUGH HIS SUCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>　　　　　　Defendants. | Case No. 1:13-CV-00418-LJO-SKO<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

ALL PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE, AND REQUEST THIS COURT TO ORDER, that the case management order be amended only as follows:

1

1   This is a civil rights case involving allegations of wrongful death with 4 named
2 Defendants, including 2 involved officers.  The parties have exchanged initial disclosures,
3 exchanged several rounds of written discovery and produced many documents and records,
4 including thousands of pages of records produced to Plaintiffs by Defendants.  Plaintiffs have
5 deposed Defendant Officer Miguel Alvarez, Defendant Chief Jerry Dyer, two non-party eye-
6 witnesses (Zuniga, Pallaya), and three members of the Fresno Police Department who were
7 peripherally involved in the subject incident or in investigating the incident (Gueringer, Ledbetter,
8 Beckwith).  Plaintiffs have also deposed two Persons Most Knowledgeable within the FPD (Biggs,
9 Montejano).  Defendants have also deposed the party who reported her gun had been stolen in
10 precipitation of the incident (Lopez).  Defendant Officer Juan Avila and two other involved FPD
11 Officers (Cerda, Roby) have not yet appeared for their depositions and the parties are meeting and
12 conferring regarding the re-scheduling of these depositions.  Defendants have advised that Cerda
13 and Roby will be produced for deposition at another mutually-agreeable date/time, but that there is
14 an issue with producing defendant Avila due to his medical disability leave.  The parties are also
15 meeting and conferring regarding dates for the depositions of Plaintiffs, Plaintiffs' daughter (a
16 percipient witness to incident-related events), and the incident medical examiner.

17   The parties have extensively met and conferred regarding document production in response
18 to Plaintiffs' document requests of June 7, 2013 and June 10, 2014, as well as regarding plaintiffs'
19 contentions about Defendants' confidentiality designations, and Defendants have supplemented
20 their responses/production on four occasions without any Court intervention However, there are
21 currently several outstanding discovery issues on which the parties have not yet resolved their
22 disputes, and for which Plaintiffs intend to request intervention from this Court.

23   After a recent stipulated further continuance, non-expert discovery is set to close on
24 September 23, 2014.  Due to certain extenuating circumstances, Defendants' counsel has requested
25 that Plaintiffs refrain from the discovery letters required by this Court's order until after July 28,
26 2014.  Plaintiffs, therefore, anticipate submitting their Discovery Dispute Summaries to this Court
27 during the week of July 28, 2014.

28

2

1  This Court recently continued the settlement conference in this case to November 18,
2  2014.
3  Other than the present discovery disputes between the parties, the parties are not aware of
4  any new issues that will need to be addressed at the currently scheduled July 30, 2014 Case
5  Management Conference.  Because of this, the parties stipulate to and request that this Court
6  continue by at least 90 days the Case Management Conference currently scheduled for July 30,
7  2014. This is the first request for such a continuance.
8  Therefore, the parties respectfully request that this Court either vacate or continue the
9  currently scheduled Case Management Conference in this matter as follows:

| Hearing Description | Current Date | Proposed Modified Date |
|---|---|---|
| Case Management Conference | July 30, 2014 | November 5, 2014, or some other date preferred by the Court |
| Settlement Conference | November 18, 2014 | No change |
| Pretrial Conference | February 24, 2015 | No change |
| Trial | March 24, 2015 | No change |

SO STIPULATED:

DATED: July 21, 2014          HADDAD & SHERWIN

                              /s/ Michael J. Haddad*
                              MICHAEL J. HADDAD
                              Attorneys for Plaintiffs JAIME REYES, JR.,
                              MIRELLA REYES and JAIME REYES, SR.

Dated:   July 21, 2014        **MANNING & KASS,**
                              **ELLROD, RAMIREZ, TRESTER, LLP**

                               /s/ Mildred K. O'Linn
                               MILDRED K. O'LINN
                               TONY M. SAIN
                               Attorneys for Defendants

3

*Mr. Haddad and Ms. O'Linn provided their consent that this document be electronically filed.

## ORDER

The Status Conference currently scheduled for July 30, 2014, was set at the parties' request to allow the parties to inform the Court of Defendant Officer Avila's status, of any conflicts with the dates set forth in the Scheduling Order, and of the effect of any scheduling conflicts on the litigation of this matter. *See* Doc. 44. Pursuant to the parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Status Conference scheduled for July 30, 2014, is CONTINUED to November 6, 2014, at 9:45 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:   **July 24, 2014**                              **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE

4