1

2

3

4

5

6

7

8

9          **UNITED STATES DISTRICT COURT**

10         **EASTERN DISTRICT OF CALIFORNIA**

11

12  JAIME REYES JR. Deceased,                    )
    THROUGH HIS SUCESSORS IN                     )
13  INTEREST MIRELLA REYES and                   )    Case No. 1:13-CV-00418-LJO-SKO
    JAIME REYES SR.; MIRELLA REYES,              )
14  Individually; and JAIME REYES SR.,           )
    Individually,                                )
15                                               )
                                                 )    **ORDER THAT INFORMAL**
16              Plaintiffs,                       )    **DISCOVERY CONFERENCE SET FOR**
                                                 )    **AUGUST, 27, 2014, BE HELD ON THE**
17  vs.                                          )    **RECORD**
                                                 )
18  CITY OF FRESNO, a public entity, CITY        )
19  OF FRESNO POLICE CHIEF JERRY                 )
    DYER in his individual and official          )
20  capacities, and DOES 1 through 10,           )
    Jointly and Severally,                       )
21                                               )
22              Defendants.                       )
                                                 )
23  _____             )

24

25

26         After a careful review of the parties' informal letter briefs regarding their discovery

27  disputes and considering the issues that have arisen regarding Defendant Avila's submission to the

28

                                        1

Court on August 20, 2014, the informal discovery conference set for August 27, 2014, at 10:00 in Courtroom 7 shall be converted to a formal discovery conference on the record.

Telephonic appearances are granted, but the parties may appear personally.  All parties appearing telephonically shall coordinate one conference call to the Court at (559) 499-5790 at the date and time for the conference.

IT IS SO ORDERED.

Dated:   **August 25, 2014**                    **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

2