# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES, JR., Deceased, THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES, SR.; MILELLA REYES, Individually; and JAIME REYES, SR., Individually,<br><br>  Plaintiffs,<br><br> v.<br><br>CITY OF FRESNO, a public entity; CITY OF FRESNO POLICE CHIEF JERRY DYER, in his individual and official capacities, JUAN AVILA, and MIGUEL ALVAREZ,<br><br>  Defendants.<br>_____/ | Case No. 1:13-cv-00418-LJO-SKO<br><br>**ORDER re COMMUNICATIONS PENDING IN CAMERA INTERVIEW** |

Pending the in-camera interview of Dr. Price-Sharps, Dr. Price-Sharps is DIRECTED not to communicate with *anyone* other than her own independent counsel regarding any matters

related to the subject of the in-camera interview.  This includes, but is not limited to, any counsel or parties to this action.

This order will be served on Dr. Price-Sharps via email by Defendant Avila's counsel, Mr. Osterberg, per the discussion at the hearing held on August 12, 2015.

IT IS SO ORDERED.

Dated:   **August 13, 2015**                          **/s/ Sheila K. Oberto**
                                                                    UNITED STATES MAGISTRATE JUDGE