# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES, JR., Deceased, THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES, SR.; MILELLA REYES, Individually; and JAIME REYES, SR., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a public entity; CITY OF FRESNO POLICE CHIEF JERRY DYER, in his individual and official capacities, JUAN AVILA, and MIGUEL ALVAREZ,<br><br>Defendants.<br>_____/ | Case No. 1:13-cv-00418-LJO-SKO<br><br>**ORDER SETTING IN-CAMERA INTERVIEW OF DR. JANA PRICE-SHARPS FOR SEPTEMBER 10, 2015 AT 3:00 P.M.** |

Dr. Price-Sharps has contacted the Court to select a date and time for her in-camera interview. The confidential, in-camera interview is SET for September 10, 2015, at 3:00 p.m. in Courtroom 7, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California.

The Court requests that Defendant Avila's counsel, Mr. Osterberg, serve this order on Dr. Price-Sharps via email subject to the communication limitations set forth in the Court's order of August 13, 2015.

IT IS SO ORDERED.

Dated:   **August 14, 2015**              **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE