**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR. Deceased, THROUGH HIS SUCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,<br><br>        Defendants. | Case No. 1:13-CV-00418-LJO-SKO<br><br>**ORDER FOR THE *IN CAMERA* REVIEW OF RECORDS CONCERNING DEFENDANT JUAN AVILA** |

THIS COURT, having reviewed briefing and papers filed under seal, and considered the arguments of counsel, hereby orders that the following entities (with addresses included) shall produce Defendant Juan Avila's records pursuant to subpoenas approved by this Court, for *in camera* review by this Court, no later than November 20, 2015:

> Insurance and Benefit Trust of PORAC
> c/o Myers-Stevens & Toohey Co., Inc.
> 26101 Marguerite Parkway
> Mission Viejo, CA 92692
>
> PORAC Insurance and Benefits Program
> 4100 Truxel Road
> Sacramento, CA 95834

**These documents shall be submitted to the court in a sealed envelope and marked "Confidential, for in camera review by U.S. Magistrate Judge Sheila K. Oberto only, not for filing."**

IT IS SO ORDERED.

Dated:   **November 3, 2015**                          **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE