# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES, JR., Deceased, THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES, SR.; MIRELLA REYES, Individually; and JAIME REYES, SR., Individually, | Case No. 1:13-cv-00418-DAD-SKO |
| Plaintiffs, | **ORDER SETTING SCHEDULE** |
| v. | |
| CITY OF FRESNO, a public entity; CITY OF FRESNO POLICE CHIEF JERRY DYER, in his individual and official capacities, JUAN AVILA, and MIGUEL ALVAREZ, | |
| Defendants. / | |

The parties appeared on December 10, 2015, for a status conference to discuss scheduling and some remaining discovery issues. Julia Sherwin, Esq., appeared on behalf of Plaintiffs; Kevin Osterberg, Esq., appeared on behalf of Defendant Avila; Bruce Praet, Esq., appeared on behalf of all remaining Defendants.

The following schedule was set:

| Event | Deadline |
|---|---|
| **Non-expert discovery** | May 23, 2016 |
| **Expert Disclosure** | June 6, 2016 |
| **Rebuttal Expert Disclosure** | June 20, 2016 |
| **Expert Discovery** | August 1, 2016 |
| **Motion Filing Deadline** | By no later than August 10, 2016 |
| **Motion Hearing Deadline** | By no later than September 20, 2016 |
| **Pre-Trial Conference** | November 7, 2016, at 1:30 p.m. in Courtroom 5 |
| **Trial** | January 10, 2017 in Courtroom 5 |

The deadline for deposing Dr. Price-Sharps is extended to January 29, 2016, but the parties agreed to inform the Court if the deposition tentatively set for January 14, 2016, would be moved to a different day so that the Court can be available during the course of that deposition.

Plaintiffs may seek disclosure of Mr. Avila's PORAC application following Mr. Avila's deposition, subject to establishing relevance.

IT IS SO ORDERED.

Dated: **December 10, 2015**              **/s/ Sheila K. Oberto**
                                          UNITED STATES MAGISTRATE JUDGE