**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 1:13-cv-00418-DAD-SKO<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL DATES** |

The parties had difficulty scheduling Dr. Price-Sharps' deposition, which took place on January 22, 2016, at a time when the doctor and all counsel could be present.  Pursuant to the Court's Order of October 23, 2015 (Doc. 103) and stipulation of the parties, Dr. Price-Sharps will be present for Mr. Avila's deposition.  The parties have had difficulty scheduling the deposition of Defendant Avila at a time when all counsel, Mr. Avila, and Dr. Price-Sharps are available.  The parties are trying to schedule Mr. Avila's deposition for April 25, 2016.  However, further depositions are necessary after Mr. Avila's deposition, and the current schedule does not allow enough time to complete the remaining depositions, provide transcripts to experts for review, and

for the experts to write their Fed. Rule Civ. Proc. 26 reports.  The trial date in this matter is not until January 10, 2017.  The parties stipulate and agree to continue discovery and pretrial dates, which will not affect the trial date, to allow for the completion and fact and expert discovery and any necessary motions, as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact discovery cutoff | May 23, 2016 | August 26, 2016 |
| Expert disclosures | June 6, 2016 | September 9, 2016 |
| Rebuttal expert disclosures | June 20, 2016 | September 23, 2016 |
| Expert discovery cutoff | August 1, 2016 | October 7, 2016 |
| Dispositive and nondispositive motion hearing deadline | September 20, 2016 | November 22, 2016 |
| Final Pretrial Conference | November 7, 2016 | Week of December 12, 2016 |
| Trial | January 10, 2017 | No change |

Dated:  February 18, 2016         **HADDAD & SHERWIN LLP**

   */s/ Julia Sherwin*

  JULIA SHERWIN
  Attorneys for Plaintiffs

Dated:  February 18, 2016         **FERGUSON, PRAET & SHERMAN**

   */s/ Bruce D. Praet*

  BRUCE D. PRAET
  Attorneys for Defendants City of Fresno,
     City of Fresno Police Chief
     Jerry Dyer, City of Fresno
     Police Officer Miguel Alvarez

Dated:  February 18, 2016         **HAIGHT BROWN & BONESTEEL LLP**

   */s/ Kevin M. Osterberg*

  KEVIN M. OSTERBERG
  Attorneys for Defendant Juan Avila

\* Messrs. Praet and Osterberg give their permission to file this stipulation with their electronic signatures.

Case No. 1:13-cv-00418-LJO-SKO:  STIPULATION AND ORDER CONTINUING DATES        2

# ORDER

Pursuant to the parties' stipulation, the pre-trial dates are modified as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact discovery cutoff | May 23, 2016 | August 26, 2016 |
| Expert disclosures | June 6, 2016 | September 9, 2016 |
| Rebuttal expert disclosures | June 20, 2016 | September 23, 2016 |
| Expert discovery cutoff | August 1, 2016 | October 7, 2016 |
| Dispositive and nondispositive motion hearing deadline | September 20, 2016 | November 22, 2016 |
| Final Pretrial Conference | November 7, 2016 | December 12, 2016, at 1:30 p.m. |
| Trial | January 10, 2017 | January 10, 2017, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **February 22, 2016**                    /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE