MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
JAIME REYES JR., MIRELLA REYES and
JAIME REYES SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 1:13-cv-00418-DAD-SKO<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DEFENDANT JUAN AVILA'S DISABILITY AND RETIREMENT DOCUMENTS**<br><br>Date: October 5, 2016<br>Time: 9:30 a.m.<br>Place: Courtroom 7, 6th Floor, USDC-Fresno |

Case No. 1:13-cv-00418-DAD-SKO: NOT. OF MOT. & MOT. TO COMPEL PROD. DISABILITY & RETIREMENT DOCS.                                                                                                                   1

## NOTICE OF MOTION AND MOTION TO COMPEL

TO:     ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Eastern District Local Rule 251, on October 5, 2016 at 9:30 am in Courtroom 7, 6th Floor, United States District Court for the Eastern District of California, Fresno, Plaintiffs will move this Court, under Federal Rules of Civil Procedure 26, 34, and 45, for an order compelling the production of Defendant Juan Avila's disability records and retirement records.  Plaintiffs file this notice of motion and motion pursuant to the Court's order of August 22, 2016 in which the Court recognized that Plaintiffs have renewed their request, in their July 22, 2016 letter, to order production of Defendant Avila's disability records.

This motion is made on the grounds that the disability and retirement documents sought are not privileged; are relevant both to Plaintiffs' claims in this action and to Defendant Avila's credibility; and are proportional to the needs of this case.  Moreover, good cause, a "non-rigorous standard," *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010), exists for Plaintiffs' bringing this issue before the Court at this time.

Plaintiffs' counsel has met and conferred with Defendants, in writing and by telephone, but did not reach agreement; further, Defendants have not agreed to resolution of this discovery dispute through the Court's informal discovery-dispute process, necessitating this motion.

DATED: August 23, 2016                                           HADDAD & SHERWIN LLP

                                                                 By:  */s/ T. Kennedy Helm*
                                                                 _____
                                                                 T. KENNEDY HELM
                                                                 Attorneys for Plaintiffs