MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Fax: (510) 452-5510

Attorneys for Plaintiffs
JAIME REYES JR., MIRELLA REYES and
JAIME REYES SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 1:13-cv-00418-DAD-SKO<br><br>**PLAINTIFFS' NOTICE OF FILING UNDER SEAL MOTION TO MODIFY PROTECTIVE ORDER TO ALLOW FOR CRIMINAL INVESTIGATION SUBJECT TO PROTECTIVE ORDER**<br><br>Date: October 5, 2016<br>Time: 9:30 a.m.<br>Place: Courtroom 7, 6th Floor, USDC-Fresno |

Case No. 1:13-cv-00418-DAD-SKO:  NOTICE OF FILING UNDER SEAL MOT. TO MODIFY PROTECTIVE ORDER                                                                                                                                              1

**NOTICE OF FILING UNDER SEAL MOTION TO MODIFY PROTECTIVE ORDER**

TO:   ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to earlier Court order, Plaintiffs have filed under seal a motion to modify the Protective Order to allow for criminal investigation, along with supporting documents.  Pursuant to Eastern District Local Rule 230, the motion will be heard on October 5, 2016 at 9:30 am in Courtroom 7, 6th Floor, United States District Court for the Eastern District of California, Fresno.

DATED: August 30, 2016                               HADDAD & SHERWIN LLP


                                                     By:  */s/ Julia Sherwin*
                                                     _____
                                                     JULIA SHERWIN
                                                     Attorneys for Plaintiffs

Case No. 1:13-cv-00418-DAD-SKO:  NOTICE OF FILING UNDER SEAL MOT. TO MODIFY PROTECTIVE ORDER                                                                                                2