MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:  (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs
JAIME REYES JR., MIRELLA REYES and
JAIME REYES SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 1:13-cv-00418-DAD-SKO<br><br>**STIPULATION AND ORDER FOR FIRST LOOK AGREEMENT AND WITHDRAWING MOTIONS TO QUASH SUBPOENAS (DOC. 123, DOC. 124)** |

Case No. 1:13-cv-00418-DAD-SKO:  STIPULATION AND ORDER RE: SUBPOENAS                                       1

On July 19, 2016, Plaintiffs served on Defendants notice of subpoenas that would be served on August 1, 2016, on various financial institutions relating to Defendant Avila's financial condition for Plaintiffs' punitive damages claims, as well as a subpoena for text messages related to the shooting of Jaime Reyes on Defendant Avila's cell phone provider, Cingular Wireless.

On August 15, 2016, Defendant Avila filed motions to quash the subpoenas.  (Docs. 123 and 124).

On August 19, 2016, Plaintiffs' counsel received from Wells Fargo Home Mortgage a CD and paper documents in response to the August 1, 2016, subpoena.  Due to the pending motions to quash, Plaintiffs' counsel have not reviewed the documents and CD received.

The parties hereby agree that the motions to quash shall be withdrawn, and the subpoenaed documents shall be subject to a "first look" procedure in which Kevin Osterberg, counsel for Defendant Avila, will receive documents responsive to the subpoenas, for initial review by him.  Within fifteen days of his receipt of the documents, he will review them and produce discoverable documents to Plaintiffs' counsel, along with a privilege log for all documents withheld under any claim of privilege or any other objection raised by Defendant Avila.  The parties hereby agree that, while the subpoenaed parties shall produce all subpoenaed information to Defendant Avila's counsel, the financial information document production from Defendant Avila's counsel shall be limited to the period January 1, 2014, to the present.  The parties further agree that the mobile telephone information shall be limited to calls and text messages that mention, refer, or relate to the shooting of Jaime Reyes.

The subpoenaed parties will produce all documents responsive to the subpoenas to Mr. Osterberg at the following address:

Kevin M. Osterberg
Haight, Brown & Bonesteel, LLP
3750 University Ave., Ste. 560
Riverside, CA 92501

Plaintiffs' counsel will overnight the Wells Fargo documents received to Mr. Osterberg upon entry of this Stipulation and Proposed Order.  The motions to quash (Doc. 123 and 124 and all filings in support thereof) shall be terminated and removed from the Court's calendar.

| | |
|---|---|
| Dated:  September 1, 2016 | **HADDAD & SHERWIN LLP** |
| | */s/ Julia Sherwin* |
| | JULIA SHERWIN |
| | Attorneys for Plaintiffs |

| | |
|---|---|
| Dated:  September 1, 2016 | **FERGUSON, PRAET & SHERMAN** |
| | */s/ Bruce D. Praet* |
| | BRUCE D. PRAET |
| | Attorneys for Defendants City of Fresno, City of Fresno Police Chief Jerry Dyer, City of Fresno Police Officer Miguel Alvarez |

| | |
|---|---|
| Dated:  September 1, 2016 | **HAIGHT BROWN & BONESTEEL LLP** |
| | */s/ Kevin M. Osterberg* |
| | KEVIN M. OSTERBERG |
| | Attorneys for Defendant Juan Avila |

\*  Messrs. Praet and Osterberg give their permission to file this stipulation with their electronic signatures.

**ORDER**

Based on the above stipulation, the Court hereby GRANTS the parties' request and VACATES the hearings on Defendant Juan Avila's (1) Motion to Quash Subpoena Directed to New Cingular Wireless Services, Inc. (Doc. 123) and (2) Motion to Quash Subpoenas Directed to Financial Institutions (Doc. 124), both currently set for September 21, 2016, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 2, 2016**                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE