MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
T. KENNEDY HELM (State Bar No. 282319)
MAYA SORENSEN (State Bar No. 250722)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:  (510) 452-5500
Facsimile:  (510) 452-5510

Attorneys for Plaintiffs
JAIME REYES JR., MIRELLA REYES and
JAIME REYES SR.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAIME REYES JR., THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER, FRESNO POLICE OFFICER JUAN AVILA, FRESNO POLICE OFFICER MIGUEL ALVAREZ, individually, and DOES 3 through 10, Jointly and Severally,<br><br>Defendants. | Case No. 1:13-cv-00418-DAD-SKO<br><br>**STIPULATION AND ORDER RESOLVING AND WITHDRAWING PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' REQUEST FOR PRODUCTION NO. 7 CONCERNING DEFENDANT AVILA'S FINANCIAL CONDITION RELATED TO PLAINTIFFS' PUNITIVE DAMAGES CLAIMS (DOC. 134)** |

All parties stipulate, by and through their respective counsel, to resolve Plaintiffs' motion to compel documents concerning Defendant Avila's financial condition (Doc. 134), as follows:

Defendant Avila will produce the following financial information, to the extent it exists, and to be treated as confidential pursuant to the Protective Order, from January 1, 2014, to September 30, 2016:

- Monthly bank statements
- Monthly mortgage statements
- Monthly wage, salary, and disability retirement benefit statements
- Statements of monthly income from any other source
- Monthly credit card statements
- Monthly car notes
- Documentation of all expenses over $500
- Documentation of all gifts and/or loans given or received over $500 at any time during the relevant period
- Mortgage or loan applications submitted during the relevant period
- Face pages for Mr. Avila's Federal tax returns for 2014 and 2015, showing gross and net income, and taxes paid

The documents will be produced within twenty-one days of the Court's entry of this Stipulation and Order.  Plaintiffs hereby agree to withdraw their motion to compel Defendant Avila's financial information (Doc. 134).

Dated:  October 7, 2016                **HADDAD & SHERWIN LLP**

                                       */s/ Julia Sherwin*
                                       JULIA SHERWIN
                                       Attorneys for Plaintiffs

Dated:  October 7, 2016                **FERGUSON, PRAET & SHERMAN**

                                       */s/ Bruce D. Praet*
                                       BRUCE D. PRAET
                                       Attorneys for Defendants City of Fresno,
                                           City of Fresno Police Chief
                                           Jerry Dyer, City of Fresno
                                           Police Officer Miguel Alvarez

Dated: October 7, 2016                           **HAIGHT BROWN & BONESTEEL LLP**

*/s/ Kevin M. Osterberg*
_____
KEVIN M. OSTERBERG
Attorneys for Defendant Juan Avila

* Messrs. Praet and Osterberg give their permission to file this stipulation with their electronic signatures.

**ORDER**

Based on the above stipulation, the Court hereby GRANTS the parties' request. Defendant Avila shall produce the financial condition information identified above, to the extent it exists, within twenty-one (21) days of this Order.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' "Motion to Compel Documents Responsive to Plaintiffs' Request for Production No. 7 Concerning Defendant Juan Avila's Financial Condition Related to Plaintiffs' Punitive Damages Claims" (Doc. 134), currently set for October 19, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated:   **October 11, 2016**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE