UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES JR. Deceased, THROUGH HIS SUCESSORS IN INTEREST MIRELLA REYES and JAIME REYES SR.; MIRELLA REYES, Individually; and JAIME REYES SR., Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF FRESNO, a public entity, CITY OF FRESNO POLICE CHIEF JERRY DYER in his individual and official capacities, JUAN AVILA, MIGUEL ALVAREZ, and DOES 3 through 10,<br><br>    Defendants. | Case No. 1:13-CV-00418-DAD-SKO<br><br>**ORDER TEMPORARILY STAYING DEADLINES**<br><br>(Doc. 170) |

    The parties have filed a joint Stipulation and (Proposed) Order to Stay Remaining Dates Pending Settlement (the "Stipulation"), in which the parties notify the Court that they "have reached a tentative settlement of this entire matter" and request that the Court stay "all pending briefs, production and hearing dates" until November 21, 2016.  (Doc. 170.)

1

Pursuant to the Stipulation, the Court STAYS all pending brief, production, and hearing dates in this case until November 21, 2016.  The Court DIRECTS the parties to file a joint notice to the Court stating whether they formally approved the settlement by no later than November 21, 2016.  The Court further VACATES the hearings presently scheduled for November 2, 2016 and November 22, 2016.[1]

IT IS SO ORDERED.

Dated:   **October 31, 2016**                                /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] In the Stipulation, the parties also request an "extension of the current expert discovery cut-off date of November 22, 2016" to December 2, 2016.  (Doc. 170 at 2.)  However, the expert discovery cut-off date in this matter elapsed on October 7, 2016.  (*See* Doc. 115 at 2.)  As the expert discovery cut-off date has passed, the Court declines the parties' request to extend this date to December 2, 2016.