Bruce D. Praet SBN 119430
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California  92705-7101
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com

Attorneys for Defendants, CITY OF FRESNO,
POLICE CHIEF JERRY DYER
AND OFFICER MIGUEL ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME REYES, JR., Deceased, THROUGH HIS SUCCESSORS IN INTEREST MIRELLA REYES and JAIME REYES, SR.; MILELLA REYES, Individually; and JAIME REYES, SR., Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO, a public entity; CITY OF FRESNO POLICE CHIEF JERRY DYER, in his individual and official capacities, and DOES 1 through 10, Jointly and Severally,<br><br>Defendants. | No.  1:13-cv-00418 LJO-SKO<br><br>**JOINT NOTICE OF PENDING SETTLEMENT** |

PURSUANT TO the Court's Order of October 31, 2016, [Doc. 171], the parties are pleased to report that they have approved all final terms of settlement and respectfully request that the Court vacate all remaining dates, including trial.  In order to facilitate the terms of the Settlement Agreement, the parties respectfully request up to thirty (30) days to file a dismissal with prejudice of the entire action

1

by all Plaintiffs as against all Defendants.

Dated:  November 18, 2016                    FERGUSON, PRAET & SHERMAN
                                             A Professional Corporation

                                         By:   /s/ Bruce D. Praet
                                             Bruce D. Praet, Attorneys for City of
                                             Fresno Defendants

Dated:  November 18, 2016                    HAIGHT, BROWN & BONESTEEL

                                         By:   /s/ Kevin Osterberg
                                             Kevin Osterber, Attorneys for
                                             Defendant, Juan Avila

Dated:  November 18, 2016                    HADDAD & SHERWIN, LLP

                                         By:   /s/  Julia Sherwin
                                             Julia Sherwin, Attorneys for Plaintiffs